USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAHUL MANCHANDA,

                             Plaintiff,                      23-CV-9292 (JPC) (KHP)

       -against-                               **ORDER**

ABIGAIL REARDON, et al.,

                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's letter at ECF No. 17 seeking that the Court "intervene and advise" as to alleged bias in his underlying "trial or hearing on his law license." Plaintiff is reminded that an Initial Case Management Conference is scheduled in this matter on Tuesday, January 9, 2024 at 11:45 a.m. The Complaint in this matter was only filed about three weeks ago, and Defendants have not yet made an appearance in this case. Accordingly, the Court cannot offer advice or intervention at this juncture. Plaintiff should not file additional letters or motions until after the Initial Case Management Conference, except for any letters seeking extensions of deadlines or addressing similar procedural issues. The Court assures Plaintiff that he will have the opportunity to be heard at the Initial Case Management Conference.

        **SO ORDERED.**

DATED:      New York, New York
                November 9, 2023

                                                        */s/ Katharine H. Parker*
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge