UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

RAHUL MANCHANDA,

                                       Plaintiff,        **NOTICE OF APPEARANCE**

        -against-

                                                       23 Civ.9292 (JPC) (KHP)

ATTORNEY GRIEVANCE COMMITTEE CHIEF ABIGAIL
REARDON, STAFF ATTORNEY REMI SHEA, CHIEF
COUNSEL JORGE DOPICO, JUDGE ROLANDO ACOSTA,
NYPD, and FBI NYC FIELD OFFICE,

                                        Defendants.

------------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **INNA SHAPOVALOVA**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for Interested Party Office of the Corporation Counsel of the City of New York.[1]

Dated:  New York, New York
           December 22, 2023

                                                          HON. SYLVIA O. HINDS-RADIX
                                                          Corporation Counsel of the City of New York
                                                           100 Church Street, Rm. 3-180
                                                          New York, New York 10007
                                                          Tel: (212) 356-2656
                                                           inshapov@law.nyc.gov

                                                          Respectfully submitted,

                                                          By:   *Inna Shapovalova*
                                                                       _____
                                                                      INNA SHAPOVALOVA

---

[1] This case has been assigned to Assistant Corporation Counsel Randy Nandlall, who is awaiting admission to the New York Bar. Mr. Nandlall is handling this matter under my supervision and may be reached at (212) 356-2356 or rnandlal@law.nyc.gov.

        Senior Counsel

cc:    **VIA FIRST CLASS MAIL**
      Rahul Manchanda
      *Plaintiff pro se*
      Manchanda Law Office PLLC
      30 Wall St, Suite 8207
      New York, NY 10005